O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SY LEE CASTLE,<br><br>        Plaintiff,<br><br>    v.<br><br>S. SOTO, et al.,<br><br>        Defendants. | Case No. CV 14-9848-JVS (KK)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to Title 28 of the United States Code, section 636, the Court has reviewed Plaintiff's First Amended Complaint, the Report and Recommendation of the United States Magistrate Judge, and all relevant records. The Court accepts the findings and recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing this action without prejudice.

Dated: March 22, 2016

_____
HONORABLE JAMES V. SELNA
United States District Judge