JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SY LEE CASTLE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>S. SOTO, et al.,<br><br>　　　　　　Defendants. | Case No. CV 14-9848-JVS (KK)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: March 22, 2016

_____
HONORABLE JAMES V. SELNA
United States District Judge